**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>WALL007 LLC, *et al.*,[1]<br><br>Alleged Debtors. | Chapter 7<br><br>Case No. 20-31139 (HDH)<br>(Jointly Administered) |

**ORDER VACATING ORDER DISMISSING INVOLUNTARY BANKRUPTCY CASES WITHOUT PREJUDICE**

**CAME TO BE HEARD**, Motion of the Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (ii) Related Relief. After reviewing the motion, any responses, and arguments of counsel, it is the Court's opinion that Petitioning Creditors' motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Motion of the Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (ii) Related Relief is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court's Order Dismissing Involuntary Bankruptcy Cases Without Prejudice is set aside and vacated for all purposes.

SIGNED this _____ day of ______________________, 20___.

______________________________
JUDGE PRESIDING

[1]The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC.