Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Alleged Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **WALL007 LLC,** ***et al.***[1]**,** | § | **Case No. 20-31131-hdh7** |
| | § | **(Jointly Administered)** |
| **Alleged Debtors.** | § | |

## APPELLEES' DESIGNATION OF RECORD

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

In accordance with Fed. R. Bankr. P. 8009, the Alleged Debtors, WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC and WALL017 LLC ("Alleged Debtors" and "Appellees") hereby submit their designation of items to be included in the record on appeal.

## DESIGNATION OF RECORD

Appellees, the Alleged Debtors, designate the following items for inclusion in the record on appeal. Each designated item includes any and all attachments or exhibits to such item.

[1] The Alleged Debtors in these cases are: WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC, WALL016 LLC, and WALL017 LLC.

| **Bankruptcy Case Docket Number** | **Date** | **Description** |
|---|---|---|
| **Case No. 20-31131 (WALL007, LLC)** | | |
| 45 | June 3, 2020 | Memorandum on Conducting Depositions of Chinese Nationals in China |
| 168 | September 4, 2020 | Order Granting in Part the Alleged Debtors' Motion to Quash Petitioners' Deposition Notice [Dkt. No. 133] |
| 278 | November 16, 2020 | Alleged Debtor's Amended Objection and Response to Petitioners' Request for Leave to Take Direct Appeal Pursuant to 11 U.S.C. § 158(d)(2)(A) Regarding Discovery Orders |
| 301 | December 3, 2020 | United States District Court for the Northern District of Texas Order Dismissing Appeal 3:20-CV-03385-X |
| 302 | December 3, 2020 | United States District Court for the Northern District of Texas Order Dismissing Appeal 3:20-CV-03386-X |
| 303 | December 3, 2020 | United States District Court for the Northern District of Texas Order Dismissing Appeal 3:20-CV-03387-X |
| 304 | December 3, 2020 | United States District Court for the Northern District of Texas Order Dismissing Appeal 3:20-CV-03388-X |
| 305 | December 3, 2020 | United States District Court for the Northern District of Texas Order Dismissing Appeal 3:20-CV-03389-X |
| 325 | January 7, 2021 | Amended Motion of Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (ii) Related Relief |
| **Case No. 20-31133 (WALL009, LLC)** | | |
| 31 | January 8, 2021 | Amended Motion of Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (ii) Related Relief |
| **Case No. 20-31134 (WALL010, LLC)** | | |
| 30 | January 8, 2021 | Amended Motion of Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (ii) Related Relief |
| **Case No. 20-31135 (WALL011, LLC)** | | |
| 30 | January 8, 2021 | Amended Motion of Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (ii) Related Relief |
| **Case No. 20-31136 (WALL012, LLC)** | | |
| 31 | January 8, 2021 | Amended Motion of Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary |

| | | |
|---|---|---|
| | | Bankruptcy Cases Without Prejudice; and (ii) Related Relief |
| **Case No. 20-31138 (WALL016, LLC)** | | |
| 31 | January 8, 2021 | Amended Motion of Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (ii) Related Relief |
| **Case No. 20-31139 (WALL017, LLC)** | | |
| 31 | January 8, 2021 | Amended Motion of Petitioning Creditors for (i) Reconsideration of Order Dismissing Involuntary Bankruptcy Cases Without Prejudice; and (ii) Related Relief |

Appellees, the Alleged Debtors, expressly reserve their right to amend this Designation of Record on Appeal, including additional items for inclusion in the record on appeal.

Dated: January 18, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
guy@joycelindauer.com
kerry@joycelindauer.com
ATTORNEYS FOR ALLEGED DEBTORS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 18, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon all parties receiving electronic notice in this case listed below.

Robert W. Buchholz
bob@attorneybob.com

Darrell Wayne Cook
dwcook@attorneycook.com, all@attorneycook.com

Brian Michael Gargano
bgargano@nguyen-chen.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

Joyce W. Lindauer
joyce@joycelindauer.com; dian@joycelindauer.com; gina@joycelindauer.com

Steven C. Metzger
smetzger@pmklaw.com

Jiangang Ou
jou@nguyen-chen.com; ahuber@archerlaw.com

Stephen M. Packman
spackman@archerlaw.com; jgarcia@archerlaw.com; ahuber@archerlaw.com

Michael P. Ridulfo
mridulfo@krcl.com; dtrevino@krcl.com; mridulfo@ecf.courtdrive.com

Patrick D. Sullivan
sullivan@hooverslovacek.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida
filings@vidalawfirm.com; legalprokirstin@gmail.com; bkfilings@yahoo.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer